UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

               Plaintiff,          Case No. 21-cr-20510
                                    Honorable Judith E. Levy

vs.

D-4 Sha-Ron Harrison,

                       Defendant.

---

## Order of Forfeiture

---

Based on defendant Sha-Ron Harrison's ("defendant") guilty plea to Count One, Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. § 1349 and Count Five, Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1), the Government's Application for Entry of Order of Forfeiture, all information contained in the record, and pursuant to 18 U.S.C. § 981(a)(1)(C) together with 28 U.S.C. § 2461, and Federal Rule of Criminal Procedure 32.2, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The defendant shall forfeit to the United States any and all  property, real or personal, which constitutes proceeds obtained or derived, directly  or indirectly, from the defendant's violation of 18 U.S.C. § 1349 as charged in Count One of the Superseding Indictment, pursuant to Fed. R. Crim. P.

32.2, 18 U.S.C. § 981(a)(l)(C) together with 28 U.S.C. § 2461.

2. A forfeiture money judgment in the amount of $91,974.00 is granted and entered against the defendant in favor of the United States of America which represents the amount of proceeds the defendant obtained or derived, directly or indirectly, from his violation of 18 U.S.C. § 1349.

3. To satisfy the money judgment, any assets that the defendant has now, or may later acquire, may be forfeited as substitute assets under 21 U.S.C. § 853(p)(2). The United States is permitted to undertake whatever discovery is necessary to identify, locate, or dispose of property subject to forfeiture, or substitute assets under Federal Rule of Criminal Procedure 32.2(b)(3).

4. This Order of Forfeiture shall become final at sentencing and entry of the forfeiture money judgment shall be made part of the defendant's sentence and included in the Judgment and shall not be the subject of ancillary proceedings given that the forfeiture consists entirely of a money judgment.

5. The Court retains jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

IT IS SO ORDERED.

Date: August 10, 2023                    s/Judith E. Levy
                                         JUDITH E. LEVY
                                         United States District Judge