| PROB 12C<br>(Rev. 08/18) | **VIOLATION REPORT PART 1:<br>PETITION FOR SUMMONS** | **U. S. Probation Office**<br>Eastern District of Michigan | PACTS<br>000008866 | DATE<br>06/01/2026 |
|---|---|---|---|---|

| NAME<br>Sha-Ron Harrison | OFFICER<br>Chelsea L. Harris | JUDGE<br>Judith E. Levy | DOCKET #<br>21-CR-20510-04 |
|---|---|---|---|

| ORIGINAL<br>SENTENCE DATE<br><br>08/10/2023<br><br>COMMENCED<br><br>07/08/2025<br><br>EXPIRATION<br><br>07/07/2027 | SUPERVISION TYPE<br><br>Supervised<br>Release | CRIMINAL HISTORY<br>CATEGORY<br><br>III | TOTAL OFFENSE<br>LEVEL<br><br>20 | PHOTO |
|---|---|---|---|---|

| ASST. U.S. ATTORNEY<br>Frank Dame | DEFENSE ATTORNEY<br>To Be Determined |
|---|---|

**REPORT PURPOSE**

**TO ISSUE A SUMMONS**

**ORIGINAL OFFENSE**

Count 1s: 18 U.S.C. § 1349, Conspiracy to Commit Wire Fraud
Count 5s: 18 U.S.C. § 1028A(a)(1), Aggravated Identity Theft

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 22 months on Counts 1s and 24 months on Count 5s, to run consecutive, for a total of 46 months, to be followed by a term of supervised release for a term of two years on Count 1s and one year on Count 5s, to run concurrently.

Amended Judgment:  Original Judgment Amended to include Additional Forfeited Property; Pursuant to Federal Rule of Criminal Procedure 32.2, and 18 U.S.C. Section 981(a)(1)(C) together with 28 U.S.C. Section 2461, the defendant shall pay to the United States the amount of $91,974.00. The Order of Forfeiture entered by the Court on 08/10/2023 (ECF No. 230) is incorporated herein by this reference.

**ORIGINAL SPECIAL CONDITIONS**

1.  You must submit to substance abuse testing to determine if you have used a prohibited substance.
2.  You must participate in a substance abuse treatment program and follow the rules and regulations of that program. The probation officer in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).
3.  You must provide the probation officer with access to any requested financial information and authorize the release of any financial information. The probation office may share financial information with the U.S. Attorney's Office.
4.  You must not incur new credit charges or open additional lines of credit without the approval of the probation officer.

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR SUMMONS** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 000008866 | **DATE** 06/01/2026 |
|---|---|---|---|---|

| **NAME** Sha-Ron Harrison | **OFFICER** Chelsea L. Harris | **JUDGE** Judith E. Levy | **DOCKET #** 21-CR-20510-04 |
|---|---|---|---|

5.  You must make monthly installment payments on any remaining balance of the special assessment or restitution at a rate and schedule recommended by the probation department and approved by the Court. You must also notify the court of any changes in economic circumstances that might affect the ability to pay this financial penalty.

Criminal Monetary Penalties: Special Assessment $200.00 (paid).  Restitution $1,471,599.00 (balance $1,454,831.10).

The probation officer believes that the offender has violated the following condition(s) of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition No. 1:** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE OR LOCAL CRIME." <br><br> According to a Warren (Michigan) Police Department incident report, on March 11, 2026, officers were dispatched to an apartment complex on Dequindre for a domestic assault report.  According to a police report, officers arrived and spoke to the victim, Kelly Harrison, who is HARRISON's wife. She reported that on the evening of March 9, 2026, she and HARRISON had been out together at a bar/restaurant and got into an argument.  Kelly reported he became irate in public, therefore she left and walked home.  HARRISON had reportedly driven home from the restaurant and had arrived at their apartment before she had returned.  Upon her arrival, she reported that HARRISON's irate behavior worsened, and he flipped over a table, grabbed her by her wrist, and ripped off her wedding ring.  The argument then allegedly spilled out into the hallway, where she said HARRISON shoved her to the ground and spit in her face.  Kelly further reported that HARRISON then went outside and broke the front and rear windshield of her 2018 Jeep Grand Cherokee with a small barbeque grill and then fled on foot.  She reported to police she subsequently now had a bruise on her upper left thigh as a result of the assault, and that she had already gotten the glass repaired in her vehicle.  Officers did observe her having a small laceration on her left index finger and a small bruise on her upper left thigh. <br><br> HARRISON was charged in the 37th District Court, Warren, Michigan, with one count of Domestic Assault (Docket No. 2026-W261178-OM).  A warrant for his arrest was issued on March 17, 2026.  HARRISON turned himself in for the offense on March 25, 2026, and he was ultimately released on a $10,000.00 unsecured bond.  On May 20, 2026, the case was dismissed without prejudice. |
| 2 | **Violation of Mandatory Condition No. 3:** "YOU MUST REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE.  YOU MUST SUBMIT TO ONE DRUG TEST WITHIN 15 DAYS OF RELEASE FROM IMPRISONMENT AND AT LEAST TWO PERIODIC DRUG TESTS THEREAFTER, AS DETERMINED BY THE COURT." <br><br> HARRISON has tested positive for marijuana on the following dates: July 9, 2025; September 9, 2025; October 23, 2025; November 17, 2025; December 22, 2025; January 19, 2026; and March 30, 2026. |

| PROB 12C (Rev. 08/18) | VIOLATION REPORT PART 1: PETITION FOR SUMMONS | U. S. Probation Office Eastern District of Michigan | PACTS 000008866 | DATE 06/01/2026 |
|---|---|---|---|---|
| NAME Sha-Ron Harrison | OFFICER Chelsea L. Harris | JUDGE Judith E. Levy | | DOCKET # 21-CR-20510-04 |

**3**    **Violation of Special Condition:** "YOU MUST PARTICIPATE IN A SUBSTANCE ABUSE TREATMENT PROGRAM AND FOLLOW THE RULES AND REGULATIONS OF THAT PROGRAM, WHICH MAY INCLUDE TESTING. THE PROBATION OFFICER WILL SUPERVISE YOUR PARTICIPATION IN THE PROGRAM (PROVIDER, LOCATION, MODALITY, DURATION, INTENSITY, ETC.)."

HARRISON was referred to Shanle Psychological Services for a substance abuse assessment in September 2025.  It was recommended he participate in individual sessions with a therapist on a bi-weekly basis.  Due to ongoing marijuana use, HARRISON was additionally referred to a manualized cognitive behavioral group through Shanle, which meets once per week on Saturdays, beginning in February 2026.  On May 27, 2026, this writer spoke with HARRISON's individual substance abuse therapist, who indicated she was requesting he be discharged unsuccessfully due to HARRISON's lack of progress in treatment.  She reported that his attendance had been inconsistent, that he was not motivated to be there, and that she was "spinning her wheels" with HARRISON.  This writer additionally spoke to HARRISON's group therapist on May 28, 2026, who affirmed that HARRISON had "spotty attendance" for the first month or so of group sessions, and that he "lacks in taking accountability".  He further noted that due to his ongoing marijuana use, he felt as though he was not making any progress.

**4**    **Violation of Special Condition:** "YOU MUST MAKE MONTHLY INSTALLMENT PAYMENTS ON ANY REMAINING BALANCE OF THE RESTITUTION AT A RATE AND SCHEDULE RECOMMENDED BY THE PROBATION DEPARTMENT AND APPROVED BY THE COURT."

HARRISON was ordered to pay $100.00 per month, beginning August 15, 2025. HARRISON has not been in compliance with this payment schedule. He failed to make any payments in the months of August and September 2025 and then paid $100.00 in October 2025. HARRISON failed to make any payments for the months of November and December 2025; therefore, this writer reached out to him on January 14, 2026, and directed him to immediately pay towards his restitution, as he was nearing a default status. HARRISON ultimately made a $25.00 payment on January 15, 2026.  HARRISON failed to make a restitution payment in February 2026 and then paid $50.00 on March 1, 2026.  As of the date of this report, HARRISON has not made any further payments.

| I declare under penalty of perjury that the foregoing is true and correct. PROBATION OFFICER s/Chelsea L. Harris/djl 313-234-5450 | DISTRIBUTION Court |
|---|---|
| SUPERVISING PROBATION OFFICER s/Jeffry W. Konal 313-234-5407 | PROBATION ROUTING Data Entry |

| PROB 12C<br>(Rev. 08/18) | **VIOLATION REPORT PART 1:<br>PETITION FOR SUMMONS** | **U. S. Probation Office**<br>Eastern District of Michigan | **PACTS**<br>000008866 | **DATE**<br>06/01/2026 |
|---|---|---|---|---|
| **NAME**<br>Sha-Ron Harrison | **OFFICER**<br>Chelsea L. Harris | **JUDGE**<br>Judith E. Levy | | **DOCKET #**<br>21-CR-20510-04 |

**THE COURT ORDERS:**

[ X ]     The issuance of a summons

[  ]     Other


s/Judith E. Levy
_____
United States District Judge

6/8/2026
_____
Date